Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas St, Ste S-9
Phoenix, AZ 85018
Phone: 602-598-5075
Email: documents@phxfreshstart.com

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| In re | CHAPTER 13 |
| SABRINA A MUELA, | Case No. 2:21-bk-05775-DPC |
| Debtor. | **NOTICE OF HEARING ON DEBTOR'S MOTION TO APPROVE SHORT SALE** |

PLEASE TAKE NOTICE that on **January 4, 2022** at **11:00 AM,** a hearing will be had on Debtor's Motion to Approve Short Sale filed on 10/29/2021, Docket #23.

       All appearances will be by via videoconference using Zoom for Government. Interested parties may appear at this videoconference hearing using one of the following options:

1. Open an internet browser window (Chrome is recommended) and navigate to https://www.zoomgov.com.
    a. Click on "Join a Meeting" and enter the **Meeting ID: 160 255 7055**. Follow on−screen instructions, including entering your full name (First, Last), and entering the **Passcode: 756531.**
    b. Click on the Videoconference Hearing link: https://www.zoomgov.com/j/1602557055?pwd=VGJUMlUvU3lhWjhVNkswdUE5dDV0dz09.
2. Follow the on−screen instructions, and ensure that your full name (First, Last) is displayed for the record.

       The Court expects all parties to appear by video. If a video connection is not possible, parties may appear via audio only by calling 877−873−8018, access code 7217155.

Dated: November 23, 2021

Respectfully submitted:

/s/ Tom McAvity
Tom McAvity, 034403
Phoenix Fresh Start Bankruptcy
4602 E Thomas Rd, Ste S-9
Phoenix, AZ 85018

## CERTIFICATE OF SERVICE

Original of the foregoing filed ECF and Copies mailed/emailed on this the 23rd day of November December 2021 to:

U.S. Trustee
230 North First Avenue
Suite 204
Phoenix, Arizona 85003
USTPRegion14.PX.ECF@USDOJ.GOV

Russell Brown, Trustee
3838 North Central Avenue
Suite 800
Phoenix, Arizona 85012-1965
mail@ch13bk.com

ZBS LAW, LLP, Attorney for Secured Creditor
Broker Solutions Inc. dba New American Funding
3550 N. Central Ave., Ste. 625
Phoenix, AZ 85012
Jtirello@zbslaw.com

Creditors appearing on
the attached Master Mailing List

/s/ Tom McAvity

Label Matrix for local noticing
0970-2
Case 2:21-bk-05775-DPC
District of Arizona
Phoenix
Tue Nov 23 14:52:16 MST 2021

American Express National Bank c/o Zwicker &
80 Minuteman Road
P.O. Box 9043
Andover, MA 01810-0943

Broker Solutions Inc. dba New American Fundi
ZBS Law, LLP
3550 North Central Avenue, Suite 625
Phoenix, AZ 85012-0004

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

American Express National Bank, AENB
c/o Zwicker and Associates, P.C.
Attorneys/Agents for Creditor
P.O. Box 9043
Andover, MA 01810-0943

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso TX 79998-1540

Avant
Attn: Bankruptcy
Po Box 9183380
Chicago IL 60691-3380

(p)NEW AMERICAN FUNDING
ATTN BANKRUPTCY DEPARTMENT
P O BOX 170581
AUSTIN TX 78717-0031

Broker Solutions Inc. dba New American Fundi
C/O: ZBS LAW, LLP
3550 North Central Avenue, Suite 625
Phoenix, AZ 85012-0004

California Franchise Tax Board
Bankruptcy Section MS: A-340
POB 2952
Sacramento CA 95812-2952

Fingerhut
Attn: Bankruptcy
6250 Ridgewood Road
Saint Cloud MN 56303-0820

Flexfinance
246 5th Avenue
New York NY 10001-7603

Franchise Tax Board
PO Box 2952
Franchise Tax Board, PO Box 2952
Sacramento, CA 95812-2952

Grapevine Properties Services
101 Golf Course Drrive
Rohnert Park CA 94928-1718

I C System
Attn: Bankruptcy
444 Highway 96 East
Saint Paul MN 55127-2557

IRS
Central Insolvency Operations
PO Box 7346
Philadelphia PA 19101-7346

LVNV Funding, LLC
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

Midland Credit Management, Inc.
PO BOX 2037
Warren MI 48090-2037

Midland Fund
Attn: Bankruptcy
350 Camino De La Reine, Suite 100
San Diego CA 92108-3007

OneMain Financial
Attn: Bankruptcy
Po Box 3251
Evansville IN 47731-3251

Premier Bankcard, LLC
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud MN 56302-7999

Quantum3 Group LLC as agent for
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA  98083-0788

(p)REDWOOD CREDIT UNION
P O BOX 6104
SANTA ROSA CA 95406-0104

Resurgent Capital Services
Attn: Bankruptcy
Po Box 10497
Greenville SC 29603-0497

U.S. TRUSTEE
OFFICE OF THE U.S. TRUSTEE
230 NORTH FIRST AVENUE
SUITE 204
PHOENIX, AZ 85003-1725

smilebrand
100 Spectrum Center Drive
Suite 1500
Irvine CA 92618-4984

RUSSELL BROWN
CHAPTER 13 TRUSTEE
SUITE 800
3838 NORTH CENTRAL AVENUE
PHOENIX, AZ 85012-1965

SABRINA A MUELA
11624 E. TWILIGHT COURT
CHANDLER, AZ 85249-4546

THOMAS ADAMS MCAVITY
Phoenix Fresh Start Bankruptcy Attorneys
4131 Main Street
Skokie, IL 60076-2780

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Broker Solutions Inc.
dba New American Funding
11001 Lakeline Blvd, Suite 325
Austin, TX 78717

(d)New American Funding
Attn: Bankruptcy
11001 Lakeline Blvd #325
Austin TX 78717

Redwood Credit Union
Attn: Bankruptcy
Po Box 6104
Santa Rosa CA 95406

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)First Premier Bank

(d)PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541-1021

End of Label Matrix
Mailable recipients    29
Bypassed recipients     2
Total                  31